# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGEL TORRES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81183

FILED

MAY 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

In this original pro se petition for a writ of mandamus, petitioner seeks a writ directing the district court to rule on his petition for a writ of habeas corpus, which he alleges he filed on October 11, 2019, within the next 30 days.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

SUPREME COURT
OF
NEVADA

(0) 1947A

20- 20209

We expect the district court will resolve all pending matters as expeditiously as its calendar permits. *See* NRS 34.740. Accordingly, we ORDER the petition DENIED.

_____ Pickering _____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Angel Torres
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk